*Martin Malinou,* appellant, pro se. *Bernard W. Boyer,* for defendant-appellee. *Francis A. Kelleher,* for intervenor.

November 28, 1967.

Ex. &c. No. 10,766. SAINTS SAHAG AND MESROB ARMENIAN CHURCH *v.* ANGELO MARCELLO, *Director of Public Works.* Motion to dismiss respondent's appeal granted without prejudice. *John K. Najarian, Aram A. Arabian,* for petitioner. *Arthur N. Votolato, Jr.,* Special Counsel, *Alexander G. Teitz,* Assistant Counsel, for respondent.

APPEAL No. 150. SPINTEX CORP. *v.* JOHN I. RUSSO. Motion to dismiss defendant's appeal for failure to file brief granted. *Levy, Goodman, Semonoff, & Gorin, Jordan Tanenbaum,* for plaintiff. *Dick & Carty, Joseph B. Carty, Paul J. Pisano,* for defendant.

December 6, 1967.

M. P. No. 1654. UNITED TRANSIT CO. *v.* FRANK L. NUNES, *Public Utility Administrator.* Motion of Court to dismiss appeal for lack of prosecution in compliance with Rule 15 granted. *Armstrong, Gibbons & Lodge, Walter F. Gibbons,* for petitioner. *Herbert F. DeSimone,* Attorney General, for respondent.

M. P. No. 1655. MARLENE K. SMITH *v.* FRANK L. NUNES, *Public Utility Administrator.* Motion of Court to dismiss appeal for lack of prosecution in compliance with Rule 15 granted. *Abraham Goldstein,* for petitioner. *Herbert F. DeSimone,* Attorney General, for respondent.

M. P. No. 1678. ELISABETH K. PEET *v.* ZONING BOARD OF REVIEW, PROVIDENCE. Motion of Court to dismiss appeal for lack of prosecution in compliance with Rule 15 granted. *A. Lauriston Parks,* for petitioner. *Robert J. McOsker,* City Solicitor, *Edward F. Malloy,* Assistant City Solicitor, for respondent.

M. P. No. 1716. HENRY S. JOYCE *v.* ZONING BOARD OF REVIEW, EAST PROVIDENCE. Motion of Court to dismiss appeal for lack of